# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 15-50619-MBM | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | BOWLING, SANDRA | | Date Filed (f) or Converted (c): | 07/15/2015 (f) |
| For the Period Ending: | 9/15/2015 | | §341(a) Meeting Date: | 08/19/2015 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  huntington bank -checking and savings | $7,670.00 | $0.00 | | $0.00 | FA |
| 2  household goods and furniture | $2,000.00 | $0.00 | | $0.00 | FA |
| 3  clothing | $700.00 | $0.00 | | $0.00 | FA |
| 4  misc jewelry | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  Pending lawsuit (vehicle accident in 2014) | $10,000.00 | Unknown | | $0.00 | Unknown |
| 6  2006 Pontiac G6 (vehicle is not yet in Debtor name - recently purchased) | $4,900.00 | $0.00 | | $0.00 | FA |
| 7  2 cats | $1.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$26,771.00    $0.00    $0.00    $0.00

**Major Activities affecting case closing:**

09/15/2015    Investigation of potential preferential transfer and lawsuit

**Initial Projected Date Of Final Report (TFR):**  06/30/2018    /s/ MARK H. SHAPIRO
**Current Projected Date Of Final Report (TFR):**  06/30/2018    MARK H. SHAPIRO