UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Sandra Bowling,   Case No. 15-50619-MBM
   Chapter 7
             Debtor.   Hon. Marci B. McIvor
_____/

# EX PARTE APPLICATION FOR AUTHORITY
# TO EMPLOY SPECIAL COUNSEL FOR TRUSTEE

## Jurisdiction

1. The Debtor filed this case under Chapter 7 of the U.S. Bankruptcy Code on July 15, 2015. Mark H. Shapiro is the Chapter 7 Trustee of the Debtor's bankruptcy estate.

2. The Trustee files this application under 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014, and L.B.R. 2014-1 (E.D.M.).

3. This is a core proceeding over which this Court has jurisdiction. *See* 28 U.S.C. §§ 157(b)(2)(A) and 1334.

## Background

4. Before filing bankruptcy, the Debtor retained the services of Lipton Law Center, P.C. to pursue claims for damages incurred in an automobile accident. Lipton Law Center, P.C. filed a lawsuit in Oakland County Circuit Court against Blake Flynn and State Farm Mutual Automobile Insurance Company asserting first and third party claims, case no. 15-0020508-NI. The third party claims were settled pre-petition. The first party claims are still pending.

## Basis for Employment Application

5. The Trustee desires to retain the services of Lipton Law Center, P.C. as special counsel to handle all remaining aspects of the pending lawsuit. A proposed order is attached as Exhibit A.

6. Lipton Law Center, P.C. has agreed to represent the bankruptcy estate on a one-third contingency basis, calculated on the net recovery, after costs are paid.

7. A Declaration of Disinterestedness is attached as Exhibit B pursuant to L.B.R. 2014-1 (E.D.M.).

## Request for Order

The Trustee respectfully requests that this Court enter an order approving the Trustee's employment of Lipton Law Center, P.C. as special counsel for the Trustee and granting such further relief as this Court deems appropriate.

Steinberg Shapiro & Clark

/s/ Tracy M. Clark (P60262)
Attorney for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

Date: September 23, 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Sandra Bowling,　　　　　　　　　　　　　Case No. 15-50619-MBM
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　Debtor.　　　　　　　　　Hon. Marci B. McIvor
_____/

## EXHIBIT LIST

| Exhibit | Description |
|---------|-------------|
| A | Proposed Order |
| B | Declaration of Disinterestedness |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Sandra Bowling,　　　　　　　　　　　　　　　Case No. 15-50619-MBM
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　Debtor.　　　　　　　　　Hon. Marci B. McIvor
_____/

**EX PARTE ORDER APPROVING TRUSTEE'S**
**EMPLOYMENT OF SPECIAL COUNSEL**

This matter came before the Court on the ex parte application of the Trustee to employ special counsel. The Court has reviewed the application and is satisfied that the same is in good order. The Court is otherwise fully advised in the premises.

IT IS ORDERED as follows:

A.　　The Trustee is authorized to employ the services of Lipton Law Center, P.C. as special counsel on a one-third contingency fee basis pursuant to 11 U.S.C. § 328. The contingency fee will be calculated on the net recovery, after costs are paid.

B.　　All fees and expenses sought by Lipton Law Center, P.C. are subject to, and conditioned upon, court approval.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Sandra Bowling,                                Case No. 15-50619-MBM
                                                    Chapter 7
                      Debtor.                  Hon. Marci B. McIvor
_____/

## DECLARATION OF DISINTERESTEDNESS

Sean M. McNally of Lipton Law Center, P.C. states as follows:

1. I am an attorney with Lipton Law Center, P.C., and I have authority to sign this declaration on behalf of the firm.

2. Lipton Law Center, P.C. is well qualified to represent the Trustee in the state court litigation.

3. Lipton Law Center, P.C. does not hold any interest adverse to the above estate and is a disinterested person as defined by 11 U.S.C. § 101(14).

4. Lipton Law Center, P.C. does not have any connections with the Debtor except its previous representation of the Debtor in the state court litigation. To the best of my knowledge, Lipton Law Center, P.C. does not have any connections with the Debtor's creditors, or any other parties in interest, including their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

5. Lipton Law Center, P.C. understands that:

    a. The claim is property of the bankruptcy estate;

    b. The claim may not be settled absent the Trustee's agreement and bankruptcy court approval;

    c. The gross recovery, if any, will be turned over to the Trustee; and

    d. Lipton Law Center, P.C.'s compensation and reimbursement of expenses are subject to court review and approval.

                                         Lipton Law Center, P.C.

                                           /s/ Sean M. McNally (P77563)
                                         18930 W. Ten Mile Rd.
                                         Southfield, MI 48075
                                         (248) 557-1688
                                         sean@liptonlaw.com

Date:  September 23, 2015