UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

SANDRA BOWLING,　　　　　　　　　　　　　　Case No. 15-50619-MBM
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　Hon. Marci B. McIvor
　　　　　　Debtor.
_____/

**NOTICE OF WITHDRAWAL OF NO ASSET REPORT**

　　　The Chapter 7 Trustee filed a Report of No Distribution on 10/19/2015. The Trustee inadvertently filed the NDR.

　　　　　　　　　　　　　　　　　　　　　/s/ Mark H. Shapiro (P43134)
　　　　　　　　　　　　　　　　　　　　　Trustee
　　　　　　　　　　　　　　　　　　　　　25925 Telegraph Road
　　　　　　　　　　　　　　　　　　　　　Suite 203
　　　　　　　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　　　　　　　(248) 352-4700
　　　　　　　　　　　　　　　　　　　　　Email: shapiro@steinbergshapiro.com
Date: October 21, 2015