UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Sandra Bowling,                               Case No. 15-50619-MBM
                                                    Chapter 7
           Debtor.                           Hon. Marci B. McIvor
_____/

**ORDER ALLOWING CASE TO PROCEED TO CLOSING
WITHOUT ABANDONING FIRST PARTY CLAIMS**

This matter is before the Court on the Chapter 7 Trustee's request for an order that will allow the case to proceed to closing without abandoning the estate's interest in first party claims pertaining to an automobile accident that occurred in 2014. The Court, being fully advised in the premises, finds good cause to enter this order.

IT IS ORDERED that the Trustee's motion is granted and the estate's interest in first party claims pertaining to an automobile accident that occurred in 2014 will not be abandoned when the case is closed.

.

**Signed on December 29, 2015**

                                      /s/ Marci B. McIvor
                                      Marci B. McIvor
                                      United States Bankruptcy Judge